**No. 11-7292. Yonel Jean Baptiste, Petitioner v. United States.**

565 U.S. 1099, 132 S. Ct. 862, 181 L. Ed. 2d 561, 2011 U.S. LEXIS 8978.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 436 Fed. Appx. 964.